JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail: jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JARNAIL SINGH, et al.,

Plaintiffs,

vs.

EMILIA BARDINI, et al.,

Defendants.

Case No. CV-09-3382 EMC

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER [PROPOSED]

This immigration case seeks review of the June 12, 2009 decision made by the U.S. Citizenship and Immigration Services terminating Plaintiffs' asylum status.

The Court has ordered that a Case Management Conference be set for October 21, 2009 at 1:30 p.m. and that a Joint Case Management Conference Statement be filed by October 16, 2009.

The parties have met and conferred regarding the Court's Order.

Representation of Defendants in this action will now be by Melanie L. Proctor, Assistant U.S. Attorney. Attorney Proctor is scheduled to appear at a settlement conference on the morning of October 21, 2009.

Plaintiffs' counsel is scheduled to appear at removal hearings at the Immigration Court in San Francisco at 1:00 p.m. on October 21, 2009.

The parties therefore stipulate as follows:

1

1  That the Case Management Conference be continued to ~~October 28, 2009~~ at 1:30 p.m. November 4, 2009

2  That the parties shall file a Joint Case Management Conference Statement by October ~~23~~ 28,

3  2009.

4

5  Dated: October 14, 2009

6  s/
   JONATHAN M. KAUFMAN
   Attorney for Plaintiffs

7

8  Dated: October 4, 2009     s/ Melanie Proctor

9  MELANIE L. PROCTOR
   Assistant United States Attorney
10 Attorney for Defendant

11                              **ORDER**

12  Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

13

14  Dated:   October 15, 2009

15  EDWARD M. CHEN
    United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen]*

2

That the Case Management Conference be continued to October 28, 2009 at 1:30 p.m.

That the parties shall file a Joint Case Management Conference Statement by October 23, 2009.

Dated: October 14, 2009

s/
JONATHAN M. KAUFMAN
Attorney for Plaintiffs

Dated: October __, 2009

s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated:

EDWARD M. CHEN
United States Magistrate Judge

2