1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6730
6      FAX: (415) 436-7169
       Melanie.Proctor@usdoj.gov
7
   Attorneys for Defendants
8

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| JARNAIL SINGH, et al., | No. C 09-3382 EMC |
| Plaintiffs, | STIPULATION TO MODIFY BRIEFING SCHEDULE; PROPOSED ORDER |
| v. | |
| EMILIA BARDINI, Director of the San Francisco Asylum Office; et al. | |
| Defendants. | |

Under the case management schedule, Defendants are to file a reply brief by December 16, 2009, and the hearing on Defendants' Motion to Dismiss is scheduled for January 6, 2010 at 10:30 a.m. At the time the schedule was set, counsel for Defendants was scheduled to be in trial until December 2, 2009, with a final filing deadline of December 11, 2009. Due to circumstances beyond her control, the trial schedule was extended, and the final filing deadline in that trial is now December 15, 2009. Defense counsel is therefore unable to adequately prepare the reply within the confines of the current schedule..

///
///
///
///

STIPULATION
No. C 09-3382 EMC

Accordingly, the parties hereby stipulate, subject to the approval of the Court, to extend Defendants' time to file a reply to December 18, 2009. The Motion shall be heard as scheduled on January 6, 2010.

Dated: December __, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: December 10, 2009

JONATHAN KAUFMAN
Attorney for Plaintiffs

### [PROPOSED ORDER]

Pursuant to the stipulation of the parties, IT IS SO ORDERED. Defendant shall have until 12/18/09 to file a reply brief.

Dated:

EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 09-3382 EMC

2