1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-6730
6        FAX: (415) 436-7169
         Melanie.Proctor@usdoj.gov
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 JARNAIL SINGH, et al.,              )   No. C 09-3382 EMC
                                       )
13              Plaintiffs,            )
                                       )   STIPULATION AND ORDER APPROVING
14       v.                            )   COMPROMISE SETTLEMENT OF
                                       )   ATTORNEY FEES PURSUANT TO EQUAL
15 EMILIA BARDINI, Director of the San )   ACCESS TO JUSTICE ACT
   Francisco Asylum Office; et al.     )
16                                     )
                Defendants.            )
17 _____)

18       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

19 subject to approval by the Court, to the following:

20       1. Defendants shall pay Ten Thousand Dollars and no cents ($10,000.00), pursuant to the

21 Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, for attorney fees incurred in this court

22 action. The check is to be payable to lead Plaintiff Jarnail Singh, and mailed to Plaintiffs' counsel:

23                         Jonathan M. Kaufman
                     The Law Offices of Jonathan Kaufman
24                     220 Montgomery Street, Suite 976
                          San Francisco, CA  94104
25                 Tel: (415) 956-4765; Fax: (415) 956-1664

26       2. This is a settlement of Plaintiffs' request for attorney fees pursuant to EAJA, and does not

27 constitute an admission of liability or fault on the part of Defendants under EAJA.

28 ///

STIPULATION AND COMPROMISE
No. C 09-3382 EMC

1    3. Payment of the Ten Thousand Dollars and no cents ($10,000.00) EAJA fees incurred in
this court action will constitute a complete release from and bar to any and all claims, rights, causes
of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA and costs as
a result of this court action.

Dated: August 27, 2010                    Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                          /s/
                                          MELANIE L. PROCTOR[1]
                                          Assistant United States Attorney
                                          Attorneys for Defendants

Dated: August 27, 2010
                                          /s/
                                          JARNAIL SINGH
                                          Plaintiff


                                          THE LAW OFFICES OF JONATHAN KAUFMAN

Dated: August 27, 2010

                                          /s/
                                          JONATHAN KAUFMAN
                                          Attorney for Plaintiffs

**[PROPOSED ORDER]**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.  The motion hearing scheduled for October 7, 2010, is hereby VACATED.

Dated:   9/2/10

_____
EDWARD M. CHEN
United States Magistrate Judge

*IT IS SO ORDERED* — Judge Edward M. Chen

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION AND COMPROMISE
No. C 09-3382 EMC                         2